**RECEIVED**

SEP 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Subject: U.S. v. Chinh Van Nguyen
Criminal Action No.: 06-60048-02

Date: September 12, 2006

## MINUTE ENTRY

A plea hearing in the referenced matter is SCHEDULED for September 14, 2006 at 2:30 p.m. before the Honorable Rebecca F. Doherty.

SENT
9-13-06
cb

Ticheaux USMS
USPO
Evans DA.
Franklin
Soutreaux
McCann
Blanchard
McManus